UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-6618-DDP (OP) | Date | April 2, 2014 |
|---|---|---|---|
| Title | Nguyen Khoi v. The United States Government | | |

| Present: The Honorable | Oswald Parada, United States Magistrate Judge | | |
|---|---|---|---|
| Deb Taylor | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **IN CHAMBERS: ORDER TO SHOW CAUSE**

On September 10, 2013, Nguyen Khoi ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition"). (ECF No. 1.) On October 7, 2013, the Court issued an Order Requiring Answer/Return to Petition. (ECF No. 3.) On November 5, 2013, Respondent filed a Motion to Dismiss the Petition for Lack of Jurisdiction. (ECF No. 6.) On November 18, 2013, Petitioner filed a Reply to the Motion to Dismiss. (ECF No. 8.) On March 11, 2014, the Court issued its Report and Recommendation of United States Magistrate Judge ("R&R"), recommending the granting of Respondent's Motion to Dismiss and directing that Judgment be entered dismissing this action for lack of jurisdiction. (ECF Nos. 10-11.) On March 24, 2014, the R&R was returned to the Court with the notation "Return to Sender-Discharged." (ECF Nos. 12, 13.)

The Local Rules of this Court provide in pertinent part that:

> A party proceeding pro se shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any. If mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-6618-DDP (OP) | Date | **April 2, 2014** |
|---|---|---|---|
| Title | **Nguyen Khoi v. The United States Government** | | |

C.D. Cal. R. 41-6.

Petitioner has failed to comply with Local Rule 41-6 by failing to notify the Court of his current address. Accordingly, Petitioner is ordered to show cause no later than May 2, 2014, why this case should not be dismissed for failure to prosecute. Filing of Petitioner's current contact information in compliance with Local Rule 41-6 on or before May 2, 2014, shall be deemed compliance with this Order to Show Cause. Petitioner's failure to do so by the date indicated shall result in the Court recommending that this action be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

cc:  All Parties of Record

Initials of Preparer    dts