1
2
3
4                                                              JS-6
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  NGUYEN KHOI,                    )   Case No. CV 13-6618-DDP (OP)
                                    )
12                                  )   J U D G M E N T
              Plaintiff,            )
13                                  )
         v.                         )
14                                  )
    THE UNITED STATES               )
15  GOVERNMENT,                     )
                                    )
16            Respondent.           )
                                    )

17       IT IS ADJUDGED that this action is dismissed without prejudice.
18
19
20  DATED: July 17, 2014            _____
                                    HONORABLE DEAN D. PREGERSON
21                                  United States District Judge
22
    Prepared by:
23
24
25  _____
    HONORABLE OSWALD PARADA
26  United States Magistrate Judge
27
28